THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Clarence Small, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal from Aiken County
Doyet A. Early,III, Circuit Court Judge
ON WRIT OF CERTIORARI

Memorandum Opinion No. 2008-MO-021
Submitted April 1, 2008  Filed May 12, 2008    
AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, of South Carolina
 Commission on Indigent Defense Division of Appellate Defense, of Columbia, for petitioner.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley Elliott, and Assistant Attorney General Lance S.
 Boozer, of Columbia, for respondent.
 
 
 

PER CURIAM:  Affirmed
 pursuant to Rule 220(b), SCACR,  and the following authority:  Suber
 v. State, 371 S.C. 554, 640 S.E.2d 884 (2007) (this Court will uphold
 findings of the PCR judge when there is any evidence of probative value to
 support them); Jackson v. State, 329 S.C. 345, 495 S.E.2d 768 (1998)
 (relief denied because no prejudice resulted from failure to call witnesses
 where no additional information would have been supplied).
TOAL, C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.